**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 19-35975 |
| | § | |
| JHE LANDSCAPES, INC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Eva Engelhart, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)        All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)        A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $474,382.51 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $867,565.40 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $69,825.29 | | |

3)        Total gross receipts of $937,390.69  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $937,390.69 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $1,100,267.38 | $1,429,345.25 | $1,429,345.25 | $867,565.40 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $116,781.26 | $116,781.26 | $69,825.29 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $198,159.74 | $180,361.01 | $180,361.01 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $541,065.54 | $652,712.91 | $652,712.91 | $0.00 |
| **Total Disbursements** | $1,839,492.66 | $2,379,200.43 | $2,379,200.43 | $937,390.69 |

4).  This case was originally filed under chapter 7 on 10/28/2019.  The case was pending for 18 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/06/2021                    By:    /s/ Eva Engelhart
                                                    Trustee


STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 3326 Creekmont DriveHouston, TX 770913326 Creekmont DriveLT 31 BLK 1ROSSLYN HEIGHTS AC HOME SEC 2Land and Building | 1110-000 | $424,666.00 |
| 2000 Ford F550 Super DutyVIN# 1FDAW56F9YEE39638 | 1129-000 | $2,800.00 |
| 2001 Ford Econoline E250VIN# 1FTNE24L41HA85628 | 1129-000 | $125.00 |
| 2001 Ford Econoline E250 | 1129-000 | $255.00 |
| 2001 Ford F250 Super Duty | 1129-000 | $150.00 |
| 2005 Ford F150VIN# 1FTRF12275NA95290 | 1129-000 | $1,000.00 |
| 2011 Kubota RTV900 ATV Side By Side 4x4 | 1129-000 | $9,750.00 |
| 2014 Kubota RTV1140CPX-H | 1129-000 | $12,500.00 |
| 2014 Kubota RTV1140CPX-H | 1129-000 | $3,300.00 |
| 2015 Kubota M9960D | 1129-000 | $7,750.00 |
| 2015 Kubota M9960D | 1129-000 | $14,250.00 |
| 2015 Kubota M9960D | 1129-000 | $6,000.00 |
| 2015 Kubota M9960D | 1129-000 | $17,750.00 |
| 2015 SCAG STT-29DFI-SS | 1129-000 | $5,250.00 |
| 2015 SCAG STT-29DFI-SS | 1129-000 | $5,250.00 |
| 2015 SCAG STT-29DFI-SS | 1129-000 | $5,250.00 |
| 2017 John Deere 5058E Utility Tractor | 1129-000 | $34,000.00 |
| 2017 John Deere 5058E Utility Tractor | 1129-000 | $34,000.00 |
| 2017 John Deere 5100E Utility Tractor | 1129-000 | $38,000.00 |
| 2017 John Deere 5100E Utility Tractor | 1129-000 | $38,000.00 |
| 2017 John Deere 5100E Utility Tractor | 1129-000 | $38,000.00 |
| 2017 John Deere 5100E Utility Tractor | 1129-000 | $38,000.00 |
| 2017 John Deere 5100E Utility Tractor | 1129-000 | $38,000.00 |
| 2017 John Deere 5100E Utility Tractor | 1129-000 | $38,000.00 |
| 2017 John Deere 5100E Utility Tractor | 1129-000 | $38,000.00 |
| 2017 John Deere Z920M Commercial Ztrak | 1129-000 | $4,500.00 |
| 2017 John Deere Z920M Commercial Ztrak | 1129-000 | $4,500.00 |
| 2017 John Deere Z920M Commercial Ztrak | 1129-000 | $4,500.00 |
| 2017 Rhino Epic 4155 | 1129-000 | $12,500.00 |
| 2017 Rhino Epic 4155 | 1129-000 | $3,700.00 |
| 2017 Rhino Epic 4155 | 1129-000 | $12,500.00 |
| 2019 Gooseneck Gator Flatbed EquipmentTrailer 32' | 1129-000 | $6,995.00 |
| Aluminum bench | 1129-000 | $20.00 |
| Checking Acct. Chase Bank 9810 | 1129-000 | $3,641.19 |
| Gooseneck Lowboy Equipment Trailer- 20' | 1129-000 | $1,400.00 |

| | | |
|---|---|---|
| Hand Held Landscape Tools- 3 Echo Blowers | 1129-000 | $100.00 |
| (2) 125 PSI Air Compressors & (1) Air Volume Tank | 1229-000 | $70.00 |
| (2) Echo Backpack Gas Blowers, No Hoses | 1229-000 | $45.00 |
| (2) Echo Hedgetrimmers | 1229-000 | $70.00 |
| (2) Stihl SG20 Backpack Sprayers | 1229-000 | $90.00 |
| (3) Misc Blowers | 1229-000 | $10.00 |
| (5) Stihl Gas Weedeaters | 1229-000 | $125.00 |
| (7) Echo Gas Weedeaters | 1229-000 | $275.00 |
| (8) Echo Gas Weedeaters | 1229-000 | $325.00 |
| (8) Echo Gas Weedeaters | 1229-000 | $325.00 |
| 6'6"W x 16'L Tandem axel trailer | 1229-000 | $150.00 |
| 6'6"W x 16'L Tandem axel trailer | 1229-000 | $550.00 |
| 7'W x 16'L Tandem axel trailer | 1229-000 | $700.00 |
| Air compressor | 1229-000 | $125.00 |
| BBQ Pit | 1229-000 | $5.00 |
| Bowflex PR1000 Workout Machine,Weight Bench, Weight Rack, (6) MiscWeights | 1229-000 | $25.00 |
| Contents of Last Two Building Bays including Gas Cans, Coolers, RoadsideFlag Stands, Champion 1400KWGenerator, Fertili | 1229-000 | $300.00 |
| Echo Gas Tree Trimmer & Echo Edger | 1229-000 | $125.00 |
| Homelite 3816c and Poulan PP4218A Chain Saws | 1229-000 | $45.00 |
| John Deere CX15-15' Batwing mower | 1229-000 | $13,500.00 |
| Kenmore Heavy Duty Commercial Freezer | 1229-000 | $25.00 |
| Makita EK7301 Concrete Saw | 1229-000 | $90.00 |
| Misc air volume tanks | 1229-000 | $5.00 |
| Misc carts | 1229-000 | $5.00 |
| Misc jacks | 1229-000 | $35.00 |
| Misc parts | 1229-000 | $125.00 |
| Misc Roadside Flag Stands & Husky Tool Box | 1229-000 | $20.00 |
| Rhino Turbo 96-8' Brush hog mower | 1229-000 | $8,000.00 |
| Rigid shop vacs | 1229-000 | $5.00 |
| Single axle trailer-tractor maintenance trailer | 1229-000 | $1,200.00 |
| Tandem axle trailer-2' sides, landscape | 1229-000 | $1,800.00 |
| Tandem axle trailer-4'sides, landscape | 1229-000 | $1,600.00 |
| World Lawn Cobra Zero Turn Mower | 1229-000 | $100.00 |
| Buyer's Premium Generated by Sale | 1290-000 | $3,118.50 |
| **TOTAL GROSS RECEIPTS** | | $937,390.69 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Harris County et al. | 4110-000 | $0.00 | $8,929.12 | $8,929.12 | $9,310.44 |
| 7 | Internal Revenue Service | 4110-000 | $0.00 | $95,067.77 | $95,067.77 | $0.00 |
| 10 | Deere & Company d/b/a John Deere Financial | 4210-000 | $0.00 | $184,042.38 | $184,042.38 | $0.00 |
| 11 | ZB, N.A. dba Amegy Bank | 4110-000 | $0.00 | $15,708.43 | $15,708.43 | $15,708.43 |
| 15 | Texas Citizens Bank, NA | 4110-000 | $0.00 | $730,170.98 | $730,170.98 | $447,119.96 |
| | Texas Citizens Bank, N.A. | 4210-000 | $0.00 | $395,426.57 | $395,426.57 | $395,426.57 |
| | Bobcat of Houston | 4110-000 | $752.92 | $0.00 | $0.00 | $0.00 |
| | John Deere Financial | 4110-000 | $430,874.20 | $0.00 | $0.00 | $0.00 |
| | John Parker Motors | 4110-000 | $11,523.80 | $0.00 | $0.00 | $0.00 |
| | John Parker Motors | 4110-000 | $12,805.65 | $0.00 | $0.00 | $0.00 |
| | John Parker Motors | 4110-000 | $12,710.98 | $0.00 | $0.00 | $0.00 |
| | Lane Equipment | 4110-000 | $620.28 | $0.00 | $0.00 | $0.00 |
| | Nationwide Tools | 4110-000 | $1,933.73 | $0.00 | $0.00 | $0.00 |
| | Sunbelt Equipment Rentals | 4110-000 | $9,154.68 | $0.00 | $0.00 | $0.00 |
| | Texas Citizens Bank, NA | 4110-000 | $609,840.00 | $0.00 | $0.00 | $0.00 |
| | TIAA Commercial Finance, Inc. | 4110-000 | $702.66 | $0.00 | $0.00 | $0.00 |
| | Verizon Connect | 4110-000 | $9,348.48 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $1,100,267.38 | $1,429,345.25 | $1,429,345.25 | $867,565.40 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Eva Engelhart, Trustee | 2100-000 | NA | $50,119.53 | $50,119.53 | $22,316.02 |
| Eva Engelhart, | 2200-000 | NA | $236.35 | $236.35 | $105.23 |

| | | | | | |
|---|---|---|---|---|---|
| Trustee | | | | | |
| International Sureties, Ltd. | 2300-000 | NA | $20.60 | $20.60 | $20.60 |
| Alamo Title - Per closing statement (Owner's Policy Premium, Guaranty Fee, Tax Search) | 2500-000 | NA | $2,616.00 | $2,616.00 | $2,616.00 |
| Independent Bank | 2600-000 | NA | $263.28 | $263.28 | $263.28 |
| MARC DOUGLAS MYERS, Attorney for Trustee | 3110-000 | NA | $26,261.00 | $26,261.00 | $11,692.87 |
| William G. West, C.P.A., Accountant for Trustee | 3410-000 | NA | $8,027.50 | $8,027.50 | $3,574.29 |
| Tranzon Asset Advisors of Texas LLC, Auctioneer for Trustee | 3610-000 | NA | $6,237.00 | $6,237.00 | $6,237.00 |
| Tranzon Asset Advisors of Texas LLC - Ad and expenses, Auctioneer for Trustee | 3620-000 | NA | $23,000.00 | $23,000.00 | $23,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $116,781.26 | $116,781.26 | $69,825.29 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7a | Internal Revenue Service | 5800-000 | $0.00 | $180,361.01 | $180,361.01 | $0.00 |
| | Internal Revenue Service | 5800-000 | $198,159.74 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $198,159.74 | $180,361.01 | $180,361.01 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Motorcars LTD | 7100-000 | $0.00 | $9,839.07 | $9,839.07 | $0.00 |
| 3 | DH2004 | 7100-000 | $0.00 | $421,390.16 | $421,390.16 | $0.00 |
| 4 | TNK Services LLC | 7100-000 | $0.00 | $130,000.00 | $130,000.00 | $0.00 |
| 5 | Nationwide Tools | 7100-000 | $0.00 | $1,968.73 | $1,968.73 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | Sunbelt Rentals | 7100-000 | $0.00 | $9,402.34 | $9,402.34 | $0.00 |
| 7b | Internal Revenue Service | 7100-000 | $0.00 | $26,603.37 | $26,603.37 | $0.00 |
| 8 | Deere & Company d/b/a John Deere Financial | 7100-000 | $0.00 | $2,851.09 | $2,851.09 | $0.00 |
| 9 | Deere & Company d/b/a John Deere Financial | 7100-000 | $0.00 | $3,127.27 | $3,127.27 | $0.00 |
| 12 | JPMorgan Chase Bank, N.A. | 7100-000 | $0.00 | $19,774.34 | $19,774.34 | $0.00 |
| 13 | Sanderford & Carroll, P.C. | 7100-000 | $0.00 | $20,031.51 | $20,031.51 | $0.00 |
| 14 | Texas Mutual Insurance Company | 7100-000 | $0.00 | $3,469.10 | $3,469.10 | $0.00 |
| 16 | Plant Bid | 7100-000 | $0.00 | $3,301.65 | $3,301.65 | $0.00 |
| 17 | Harris County, Texas | 7200-000 | $0.00 | $954.28 | $954.28 | $0.00 |
| | Amegy Bank | 7100-000 | $17,179.98 | $0.00 | $0.00 | $0.00 |
| | Buck Keenan | 7100-000 | $3,159.23 | $0.00 | $0.00 | $0.00 |
| | Chase Bank | 7100-000 | $19,774.34 | $0.00 | $0.00 | $0.00 |
| | Comcast Business | 7100-000 | $694.85 | $0.00 | $0.00 | $0.00 |
| | DH2004 | 7100-000 | $421,390.60 | $0.00 | $0.00 | $0.00 |
| | Ed Walla Company, LP | 7100-000 | $20,000.00 | $0.00 | $0.00 | $0.00 |
| | EMC Insurance Company | 7100-000 | $1,115.90 | $0.00 | $0.00 | $0.00 |
| | Gordon and Rees | 7100-000 | $9,983.60 | $0.00 | $0.00 | $0.00 |
| | Lucky Landscape Supply | 7100-000 | $22,234.05 | $0.00 | $0.00 | $0.00 |
| | Plant Bid | 7100-000 | $2,887.62 | $0.00 | $0.00 | $0.00 |
| | Progressive | 7100-000 | $2,559.53 | $0.00 | $0.00 | $0.00 |
| | Sanderford & Carrol, PC | 7100-000 | $15,922.94 | $0.00 | $0.00 | $0.00 |
| | Summer Energy | 7100-000 | $673.80 | $0.00 | $0.00 | $0.00 |
| | Texas Mutual Insurance | 7100-000 | $3,489.10 | $0.00 | $0.00 | $0.00 |
| | TNK Services, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $541,065.54 | $652,712.91 | $652,712.91 | $0.00 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:   1          Exhibit 8

| | | |
|---|---|---|
| Case No.: | 19-35975-H3-7 | |
| Case Name: | JHE LANDSCAPES, INC | |
| For the Period Ending: | 4/6/2021 | |

| | |
|---|---|
| Trustee Name: | Eva Engelhart |
| Date Filed (f) or Converted (c): | 10/28/2019 (f) |
| §341(a) Meeting Date: | 11/26/2019 |
| Claims Bar Date: | 04/20/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1   Checking Acct. Chase Bank 9810 | $5,736.09 | $5,736.09 | | $3,641.19 | FA |
| 2   Checking Acct. Chase Bank 9836 | $27.57 | $27.57 | | $0.00 | FA |
| 3   Checking Acct. Chase Bank 9402 | $150.19 | $150.19 | | $0.00 | FA |
| 4   Accounts Receivable less than 90 days | $182,869.98 | $182,869.98 | | $0.00 | FA |
| **Asset Notes:**   uncollectible | | | | | |
| 5   Accounts Receivable over 90 days | $42,009.85 | $42,009.85 | | $0.00 | FA |
| **Asset Notes:**   uncollectible | | | | | |
| 6   Office Furniture-File Cabinets | $6,600.00 | $6,600.00 | | $0.00 | FA |
| **Asset Notes:**   No bid | | | | | |
| 7   Office Furniture-3 Desks | $2,000.00 | $2,000.00 | | $0.00 | FA |
| **Asset Notes:**   No bid | | | | | |
| 8   Office Furniture - Conference Room Desk | $600.00 | $600.00 | | $0.00 | FA |
| **Asset Notes:**   No bid | | | | | |
| 9   Office Furniture - Leather Chairs | $800.00 | $800.00 | | $0.00 | FA |
| **Asset Notes:**   No bid | | | | | |
| 10   Office Equipment - 1 desktop computer | $600.00 | $600.00 | | $0.00 | FA |
| **Asset Notes:**   No bid | | | | | |
| 11   Office Equipment - 4 Cell Phones | $800.00 | $800.00 | | $0.00 | FA |
| **Asset Notes:**   No bid | | | | | |
| 12   Office Equipment - Cell Booster | $600.00 | $600.00 | | $0.00 | FA |
| **Asset Notes:**   No bid | | | | | |
| 13   Office Equipment - Commercial Copy Machine | $8,300.00 | $8,300.00 | | $0.00 | FA |
| **Asset Notes:**   Leased | | | | | |
| 14   Office Equipment - Commercial Ice Maker | $4,000.00 | $4,000.00 | | $0.00 | FA |
| **Asset Notes:**   No bid | | | | | |
| 15   2001 Ford Econoline E250 | $1,400.00 | $1,400.00 | | $255.00 | FA |
| 16   2001 Ford F250 Super Duty | $1,525.00 | $1,525.00 | | $150.00 | FA |
| 17   2001 Ford Econoline E250 VIN# 1FTNE24L41HA85628 | $1,400.00 | $1,400.00 | | $125.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   2          Exhibit 8

| | |
|---|---|
| Case No.: | 19-35975-H3-7 |
| Case Name: | JHE LANDSCAPES, INC |
| For the Period Ending: | 4/6/2021 |

| | |
|---|---|
| Trustee Name: | Eva Engelhart |
| Date Filed (f) or Converted (c): | 10/28/2019 (f) |
| §341(a) Meeting Date: | 11/26/2019 |
| Claims Bar Date: | 04/20/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 18 | 2005 Ford F150 VIN# 1FTRF12275NA95290 | $1,175.00 | $1,175.00 | | $1,000.00 | FA |
| 19 | 2007 Ford F150 Supercrew VIN# 1FTPW12V27KB21235 | $5,575.00 | $5,575.00 | OA | $0.00 | FA |
| **Asset Notes:** | Notice of abandonment filed 02-25-20 | | | | | |
| 20 | 2011 Ford F150 Super Cab VIN# 1FTEX1CM6BFB05339 | $5,675.00 | $5,675.00 | OA | $0.00 | FA |
| **Asset Notes:** | Notice of abandonment filed 02-25-20 | | | | | |
| 21 | 2011 Ford F150 Super Cab VIN# 1FTEX1CM2BFB25278 | $5,675.00 | $5,675.00 | OA | $0.00 | FA |
| **Asset Notes:** | Notice of abandonment filed 02-25-20 | | | | | |
| 22 | 2000 Ford F550 Super Duty VIN# 1FDAW56F9YEE39638 | $6,375.00 | $6,375.00 | | $2,800.00 | FA |
| 23 | 2014 Kubota RTV1140CPX-H | $12,500.00 | $12,500.00 | | $3,300.00 | FA |
| 24 | 2011 Kubota RTV900 ATV Side By Side 4x4 | $9,750.00 | $9,750.00 | | $9,750.00 | FA |
| **Asset Notes:** | Per O.E. 01-31-20 | | | | | |
| 25 | 2015 Kubota M9960D | $36,900.00 | $36,900.00 | | $17,750.00 | FA |
| 26 | Gooseneck Lowboy Equipment Trailer- 20' | $6,495.00 | $6,495.00 | | $1,400.00 | FA |
| 27 | 2015 SCAG STT-29DFI-SS | $5,250.00 | $5,250.00 | | $5,250.00 | FA |
| **Asset Notes:** | Per O.E. 01-31-20 | | | | | |
| 28 | 2019 Gooseneck Gator Flatbed Equipment Trailer 32' | $6,995.00 | $6,995.00 | | $6,995.00 | FA |
| **Asset Notes:** | Per O.E. 01-31-20 | | | | | |
| 29 | 2017 Rhino Epic 4155 | $12,500.00 | $12,500.00 | | $12,500.00 | FA |
| **Asset Notes:** | Per O.E. 01-31-20 | | | | | |
| 30 | 2017 Rhino Epic 4155 | $12,500.00 | $12,500.00 | | $12,500.00 | FA |
| **Asset Notes:** | Per O.E. 01-31-20 | | | | | |
| 31 | 2014 Kubota RTV1140CPX-H | $12,500.00 | $12,500.00 | | $12,500.00 | FA |
| **Asset Notes:** | Per O.E. 01-31-20 | | | | | |
| 32 | 2015 Kubota M9960D | $36,900.00 | $36,900.00 | | $7,750.00 | FA |
| 33 | 2015 Kubota M9960D | $36,900.00 | $36,900.00 | | $6,000.00 | FA |
| 34 | 2015 Kubota M9960D | $36,900.00 | $36,900.00 | | $14,250.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   3          Exhibit 8

| | | |
|---|---|---|
| **Case No.:** | 19-35975-H3-7 | |
| **Case Name:** | JHE LANDSCAPES, INC | |
| **For the Period Ending:** | 4/6/2021 | |

| | |
|---|---|
| **Trustee Name:** | Eva Engelhart |
| **Date Filed (f) or Converted (c):** | 10/28/2019 (f) |
| **§341(a) Meeting Date:** | 11/26/2019 |
| **Claims Bar Date:** | 04/20/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 35 | 2015 SCAG STT-29DFI-SS | $5,250.00 | $5,250.00 | | $5,250.00 | FA |
| **Asset Notes:** | Per O.E. 01-31-20 | | | | | |
| 36 | 2015 SCAG STT-29DFI-SS | $5,250.00 | $5,250.00 | | $5,250.00 | FA |
| **Asset Notes:** | Per O.E. 01-31-20 | | | | | |
| 37 | 2017 Rhino Epic 4155 | $12,500.00 | $12,500.00 | | $3,700.00 | FA |
| **Asset Notes:** | No on site for sale | | | | | |
| 38 | Hand Held Landscape Tools- 6 Stihl 131 Weed Eaters | $1,920.00 | $1,920.00 | | $0.00 | FA |
| **Asset Notes:** | No bid | | | | | |
| 39 | Landscape Supplies- Misc Irriation Supplies (valves and pipe) | $1,200.00 | $1,200.00 | | $0.00 | FA |
| **Asset Notes:** | No bid | | | | | |
| 40 | Hand Held Landscape Tools- 10 Rakes | $350.00 | $350.00 | | $0.00 | FA |
| **Asset Notes:** | No bid | | | | | |
| 41 | 1 20' Extension Ladder | $600.00 | $600.00 | | $0.00 | FA |
| **Asset Notes:** | No bid | | | | | |
| 42 | 2016 Bobcat Mini Excavator | $25,000.00 | $25,000.00 | | $0.00 | FA |
| **Asset Notes:** | Stolen, Texas Citizen Bank full aware. | | | | | |
| 43 | GPS Trackers | $3,500.00 | $3,500.00 | | $0.00 | FA |
| **Asset Notes:** | No bid | | | | | |
| 44 | 2017 John Deere MX8 Lift Rotary Cutter | $5,000.00 | $5,000.00 | | $0.00 | FA |
| **Asset Notes:** | Relief from stay granted | | | | | |
| 45 | 2017 John Deere 5058E Utility Tractor | $40,000.00 | $40,000.00 | | $34,000.00 | FA |
| **Asset Notes:** | Per O.E. 01-31-20 | | | | | |
| 46 | 2017 John Deere 5058E Utility Tractor | $40,000.00 | $40,000.00 | | $34,000.00 | FA |
| **Asset Notes:** | Per O.E. 01-31-20 | | | | | |
| 47 | 2017 John Deere Z920M Commercial Ztrak | $4,500.00 | $4,500.00 | | $4,500.00 | FA |
| **Asset Notes:** | Per O.E. 01-31-20 | | | | | |
| 48 | 2017 John Deere Z920M Commercial Ztrak | $4,500.00 | $4,500.00 | | $4,500.00 | FA |
| **Asset Notes:** | Per O.E. 01-31-20 | | | | | |
| 49 | 2017 John Deere Z920M Commercial Ztrak | $4,500.00 | $4,500.00 | | $4,500.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   4          Exhibit 8

| | |
|---|---|
| **Case No.:** 19-35975-H3-7 | **Trustee Name:** Eva Engelhart |
| **Case Name:** JHE LANDSCAPES, INC | **Date Filed (f) or Converted (c):** 10/28/2019 (f) |
| **For the Period Ending:** 4/6/2021 | **§341(a) Meeting Date:** 11/26/2019 |
| | **Claims Bar Date:** 04/20/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Asset Notes:**   Per O.E. 01-31-20 | | | | | |
| **Ref. #** | | | | | |
| 50 | 2017 John Deere Z920M Commercial Ztrak | $4,500.00 | $4,500.00 | | $0.00 | FA |
| **Asset Notes:**   Relief from stay granted | | | | | |
| 51 | 2017 John Deere Z920M Commercial Ztrak | $4,500.00 | $4,500.00 | | $0.00 | FA |
| **Asset Notes:**   Relief from stay granted | | | | | |
| 52 | 2017 John Deere Z920M Commercial Ztrak | $1,500.00 | $1,500.00 | | $0.00 | FA |
| **Asset Notes:**   Relief from stay granted | | | | | |
| 53 | 2017 John Deere 5100E Utility Tractor | $38,000.00 | $38,000.00 | | $38,000.00 | FA |
| **Asset Notes:**   Per O.E. 01-31-20 | | | | | |
| 54 | 2017 John Deere 5100E Utility Tractor | $38,000.00 | $38,000.00 | | $38,000.00 | FA |
| **Asset Notes:**   Per O.E. 01-31-20 | | | | | |
| 55 | 2017 John Deere 5100E Utility Tractor | $38,000.00 | $38,000.00 | | $38,000.00 | FA |
| **Asset Notes:**   Per O.E. 01-31-20 | | | | | |
| 56 | 2017 John Deere 5100E Utility Tractor | $38,000.00 | $38,000.00 | | $38,000.00 | FA |
| **Asset Notes:**   Per O.E. 01-31-20 | | | | | |
| 57 | 2017 John Deere 5100E Utility Tractor | $38,000.00 | $38,000.00 | | $38,000.00 | FA |
| **Asset Notes:**   Per O.E. 01-31-20 | | | | | |
| 58 | 2017 John Deere 5100E Utility Tractor | $38,000.00 | $38,000.00 | | $38,000.00 | FA |
| **Asset Notes:**   Per O.E. 01-31-20 | | | | | |
| 59 | 2017 John Deere 5100E Utility Tractor | $38,000.00 | $38,000.00 | | $38,000.00 | FA |
| **Asset Notes:**   Per O.E. 01-31-20 | | | | | |
| 60 | 2017 John Deere 5100E Utility Tractor | $38,000.00 | $38,000.00 | | $0.00 | FA |
| **Asset Notes:**   Relief from stay granted | | | | | |
| 61 | 2017 John Deere MX15 Flex Wing Rotary Cutter | $13,500.00 | $13,500.00 | | $0.00 | FA |
| **Asset Notes:**   Relief from stay granted | | | | | |
| 62 | 2017 John Deere MX15 Flex Wing Rotary Cutter | $13,500.00 | $13,500.00 | | $0.00 | FA |
| **Asset Notes:**   Relief from stay granted | | | | | |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   5          Exhibit 8

| Case No.: | 19-35975-H3-7 |
| Case Name: | JHE LANDSCAPES, INC |
| For the Period Ending: | 4/6/2021 |

| Trustee Name: | Eva Engelhart |
| Date Filed (f) or Converted (c): | 10/28/2019 (f) |
| §341(a) Meeting Date: | 11/26/2019 |
| Claims Bar Date: | 04/20/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 63 | 2017 John Deere MX15 Flex Wing Rotary Cutter | $13,500.00 | $13,500.00 | | $0.00 | FA |
| **Asset Notes:** | Relief from stay granted | | | | | |
| 64 | 2017 John Deere MX15 Flex Wing Rotary Cutter | $13,500.00 | $13,500.00 | | $0.00 | FA |
| **Asset Notes:** | Relief from stay granted | | | | | |
| 65 | 2017 John Deere MX15 Flex Wing Rotary Cutter | $13,500.00 | $13,500.00 | | $0.00 | FA |
| **Asset Notes:** | Relief from stay granted | | | | | |
| 66 | 2017 John Deere MX15 Flex Wing Rotary Cutter | $13,500.00 | $13,500.00 | | $0.00 | FA |
| **Asset Notes:** | Relief from stay granted | | | | | |
| 67 | 2017 John Deere MX15 Flex Wing Rotary Cutter | $13,500.00 | $13,500.00 | | $0.00 | FA |
| **Asset Notes:** | Relief from stay granted | | | | | |
| 68 | 2017 John Deere MX8 Lift Rotary Cutter | $9,000.00 | $9,000.00 | | $0.00 | FA |
| **Asset Notes:** | Relief from stay granted | | | | | |
| 69 | 2017 John Deere MX8 Lift Rotary Cutter | $1,000.00 | $1,000.00 | | $0.00 | FA |
| **Asset Notes:** | Relief from stay granted | | | | | |
| 70 | Hand Held Landscape Tools- 5 Echo Weed Eaters | $1,200.00 | $1,200.00 | | $0.00 | FA |
| **Asset Notes:** | No bid | | | | | |
| 71 | Hand Held Landscape Tools- 3 Echo Blowers | $1,095.00 | $1,095.00 | | $100.00 | FA |
| **Asset Notes:** | No bid | | | | | |
| 72 | Hand Held Landscape Tools- 1 Extension Chainsaw | $700.00 | $700.00 | | $0.00 | FA |
| **Asset Notes:** | No bid | | | | | |
| 73 | Hand Held Landscape Tools- 2 Stihl Extension Hedge Trimmers | $1,200.00 | $1,200.00 | | $0.00 | FA |
| **Asset Notes:** | No bid | | | | | |
| 74 | Landscape Supplies- Steel Edging | $200.00 | $200.00 | | $0.00 | FA |
| **Asset Notes:** | No bid | | | | | |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   6          Exhibit 8

| Case No.: | 19-35975-H3-7 | Trustee Name: | Eva Engelhart |
|---|---|---|---|
| Case Name: | JHE LANDSCAPES, INC | Date Filed (f) or Converted (c): | 10/28/2019 (f) |
| For the Period Ending: | 4/6/2021 | §341(a) Meeting Date: | 11/26/2019 |
| | | Claims Bar Date: | 04/20/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 75 | Landscape Supplies- 20 Steel Tree Stakes | $150.00 | $150.00 | | $0.00 | FA |
| Asset Notes: | No bid | | | | | |
| 76 | Landscape Supplies- Irrigation Wiring | $400.00 | $400.00 | | $0.00 | FA |
| Asset Notes: | No bid | | | | | |
| 77 | Hand Held Landscape Tools- 12 Shovels | $450.00 | $450.00 | | $0.00 | FA |
| Asset Notes: | No bid | | | | | |
| 78 | Hand Held Landscape Tools- 2 Wheeled Fertilizer Spreader | $1,000.00 | $1,000.00 | | $0.00 | FA |
| Asset Notes: | No bid | | | | | |
| 79 | 2 6-8' A-frame Ladders | $240.00 | $240.00 | | $0.00 | FA |
| Asset Notes: | No bid | | | | | |
| 80 | 1 Mighty Max Ladder | $500.00 | $500.00 | | $0.00 | FA |
| Asset Notes: | No bid | | | | | |
| 81 | 3326 Creekmont Drive Houston, TX 77091 3326 Creekmont Drive LT 31 BLK 1 ROSSLYN HEIGHTS AC HOME SEC 2 Land and Building | $696,960.00 | $696,960.00 | | $424,666.00 | FA |
| 82 | Progressive Commercial Auto Insurance | $0.00 | $0.00 | | $0.00 | FA |
| 83 | AIG Prime Express Commercial Excess Liability Policy with Crisis Response | $0.00 | $0.00 | | $0.00 | FA |
| 84 | Mesa Underwriters Specialty Insurance Company- Commercial General Liability | $0.00 | $0.00 | | $0.00 | FA |
| 85 | Texas Mutual Workers Compensation Insurance | $0.00 | $0.00 | | $0.00 | FA |
| 86 | Infrastructure Company of America, LLC, DR, Inc, DBI Services, LLC Breach of Contract- Judgment Amount requested $631,666.00 | $0.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Notice of Abandonment filed 02/03/2020 | | | | | |
| 87 | JHE Landscapes, Inc vs. Lansdowne Moody Co | $0.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Notice of Abandonment filed 02/03/2020 | | | | | |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   7          Exhibit 8

| Case No.: | 19-35975-H3-7 | | Trustee Name: | Eva Engelhart |
| Case Name: | JHE LANDSCAPES, INC | | Date Filed (f) or Converted (c): | 10/28/2019 (f) |
| For the Period Ending: | 4/6/2021 | | §341(a) Meeting Date: | 11/26/2019 |
| | | | Claims Bar Date: | 04/20/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 88 | C-Co Holdings, LLC Bond Claim Amount requested $22,388.11 | $11,489.92 | $11,489.92 | | $0.00 | FA |
| 89 | John Deere CX15-15' Batwing mower **(u)** | $0.00 | $13,500.00 | | $13,500.00 | FA |
| Asset Notes: | Per O.E. 01-31-20 | | | | | |
| 90 | Rhino Turbo 96-8' Brush hog mower **(u)** | $0.00 | $8,000.00 | | $8,000.00 | FA |
| Asset Notes: | Per O.E. 01-31-20 | | | | | |
| 91 | Single axle trailer-tractor maintenance trailer **(u)** | $0.00 | $1,200.00 | | $1,200.00 | FA |
| Asset Notes: | Per O.E. 01-31-20 | | | | | |
| 92 | Tandem axle trailer-2' sides, landscape **(u)** | $0.00 | $1,800.00 | | $1,800.00 | FA |
| Asset Notes: | Per O.E. 01-31-20 | | | | | |
| 93 | Tandem axle trailer-4'sides, landscape **(u)** | $0.00 | $1,600.00 | | $1,600.00 | FA |
| Asset Notes: | Per O.E. 01-31-20 | | | | | |
| 94 | Buyer's Premium Generated by Sale | $0.00 | $3,118.50 | | $3,118.50 | FA |
| Asset Notes: | Per O.E. 04-01-20 (#42) | | | | | |
| 95 | 7'W x 16'L Tandem axel trailer **(u)** | $0.00 | $700.00 | | $700.00 | FA |
| 96 | 6'6"W x 16'L Tandem axel trailer **(u)** | $0.00 | $550.00 | | $550.00 | FA |
| 97 | 6'6"W x 16'L Tandem axel trailer **(u)** | $0.00 | $150.00 | | $150.00 | FA |
| 98 | World Lawn Cobra Zero Turn Mower **(u)** | $0.00 | $100.00 | | $100.00 | FA |
| 99 | Misc air volume tanks **(u)** | $0.00 | $5.00 | | $5.00 | FA |
| 100 | Misc jacks **(u)** | $0.00 | $35.00 | | $35.00 | FA |
| 101 | Misc carts **(u)** | $0.00 | $5.00 | | $5.00 | FA |
| 102 | Rigid shop vacs **(u)** | $0.00 | $5.00 | | $5.00 | FA |
| 103 | Misc parts **(u)** | $0.00 | $125.00 | | $125.00 | FA |
| 104 | Air compressor **(u)** | $0.00 | $125.00 | | $125.00 | FA |
| 105 | BBQ Pit **(u)** | $0.00 | $5.00 | | $5.00 | FA |
| 106 | Kenmore Heavy Duty Commercial Freezer **(u)** | $0.00 | $25.00 | | $25.00 | FA |
| 107 | Aluminum bench **(u)** | $0.00 | $20.00 | | $20.00 | FA |
| 108 | Bowflex PR1000 Workout Machine, Weight Bench, Weight Rack, (6) Misc Weights **(u)** | $0.00 | $25.00 | | $25.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:   8          Exhibit 8

| | |
|---|---|
| Case No.: | 19-35975-H3-7 |
| Case Name: | JHE LANDSCAPES, INC |
| For the Period Ending: | 4/6/2021 |

| | |
|---|---|
| Trustee Name: | Eva Engelhart |
| Date Filed (f) or Converted (c): | 10/28/2019 (f) |
| §341(a) Meeting Date: | 11/26/2019 |
| Claims Bar Date: | 04/20/2020 |

| | 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 109 | (2) Echo Backpack Gas Blowers, No Hoses | (u) | $0.00 | $45.00 | | $45.00 | FA |
| 110 | (3) Misc Blowers | (u) | $0.00 | $10.00 | | $10.00 | FA |
| 111 | (2) Stihl SG20 Backpack Sprayers | (u) | $0.00 | $90.00 | | $90.00 | FA |
| 112 | Makita EK7301 Concrete Saw | (u) | $0.00 | $90.00 | | $90.00 | FA |
| 113 | (2) Echo Hedgetrimmers | (u) | $0.00 | $70.00 | | $70.00 | FA |
| 114 | Homelite 3816c and Poulan PP4218A Chain Saws | (u) | $0.00 | $45.00 | | $45.00 | FA |
| 115 | Echo Gas Tree Trimmer & Echo Edger | (u) | $0.00 | $125.00 | | $125.00 | FA |
| 116 | (8) Echo Gas Weedeaters | (u) | $0.00 | $325.00 | | $325.00 | FA |
| 117 | (8) Echo Gas Weedeaters | (u) | $0.00 | $325.00 | | $325.00 | FA |
| 118 | (7) Echo Gas Weedeaters | (u) | $0.00 | $275.00 | | $275.00 | FA |
| 119 | (5) Stihl Gas Weedeaters | (u) | $0.00 | $125.00 | | $125.00 | FA |
| 120 | (2) 125 PSI Air Compressors & (1) Air Volume Tank | (u) | $0.00 | $70.00 | | $70.00 | FA |
| 121 | Misc Roadside Flag Stands & Husky Tool Box | (u) | $0.00 | $20.00 | | $20.00 | FA |
| 122 | Contents of Last Two Building Bays including Gas Cans, Coolers, Roadside Flag Stands, Champion 1400KW Generator, Fertilizer Spreader, Work Bench, Garden Tools, Straps, PVC, Ladder, T-Posts, Shovels, Posthole Diggers, ExMark Mower, Toro Mower, (3) Wheel Barrow | (u) | $0.00 | $300.00 | | $300.00 | FA |

| | | | | | |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
| | $1,798,638.60 | $1,831,647.10 | | $937,390.69 | $0.00 |

**Major Activities affecting case closing:**
  TFR submitted
  Receivables collection pending.

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:   9          Exhibit 8

| | |
|---|---|
| **Case No.:** | 19-35975-H3-7 |
| **Case Name:** | JHE LANDSCAPES, INC |
| **For the Period Ending:** | 4/6/2021 |

| | |
|---|---|
| **Trustee Name:** | Eva Engelhart |
| **Date Filed (f) or Converted (c):** | 10/28/2019 (f) |
| **§341(a) Meeting Date:** | 11/26/2019 |
| **Claims Bar Date:** | 04/20/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| assets sold; working on receivables collection | | | | | |
| Working on sale of assets. | | | | | |

**Initial Projected Date Of Final Report (TFR):**   12/31/2021          **Current Projected Date Of Final Report (TFR):**   12/31/2021          /s/ EVA ENGELHART

EVA ENGELHART

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 19-35975-H3-7 | | Trustee Name: | Eva Engelhart |
|---|---|---|---|---|
| Case Name: | JHE LANDSCAPES, INC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***0536 | | Checking Acct #: | ******5975 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/28/2019 | | Blanket bond (per case limit): | $77,534,000.00 |
| For Period Ending: | 4/6/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 11/05/2019 | (1) | JHE Landscapes, Inc. dba Texas Landscape Co | Turnover of bank account funds. | 1129-000 | $3,641.19 | | $3,641.19 |
| 01/28/2020 | | Ferrovial Services | Order Entered 12/26/19, Doc # 19 Received on 1/24/2020 | * | $443,595.00 | | $447,236.19 |
| | {24} | | $9,750.00 | 1129-000 | | | $447,236.19 |
| | {27} | | $5,250.00 | 1129-000 | | | $447,236.19 |
| | {28} | | $6,995.00 | 1129-000 | | | $447,236.19 |
| | {29} | | $12,500.00 | 1129-000 | | | $447,236.19 |
| | {30} | | $12,500.00 | 1129-000 | | | $447,236.19 |
| | {31} | | $12,500.00 | 1129-000 | | | $447,236.19 |
| | {35} | | $5,250.00 | 1129-000 | | | $447,236.19 |
| | {36} | | $5,250.00 | 1129-000 | | | $447,236.19 |
| | {45} | | $34,000.00 | 1129-000 | | | $447,236.19 |
| | {46} | | $34,000.00 | 1129-000 | | | $447,236.19 |
| | {47} | | $4,500.00 | 1129-000 | | | $447,236.19 |
| | {48} | | $4,500.00 | 1129-000 | | | $447,236.19 |
| | {49} | | $4,500.00 | 1129-000 | | | $447,236.19 |
| | {53} | | $38,000.00 | 1129-000 | | | $447,236.19 |
| | {54} | | $38,000.00 | 1129-000 | | | $447,236.19 |
| | {55} | | $38,000.00 | 1129-000 | | | $447,236.19 |
| | {56} | | $38,000.00 | 1129-000 | | | $447,236.19 |
| | {57} | | $38,000.00 | 1129-000 | | | $447,236.19 |
| | {58} | | $38,000.00 | 1129-000 | | | $447,236.19 |
| | {59} | | $38,000.00 | 1129-000 | | | $447,236.19 |
| | {89} | | $13,500.00 | 1229-000 | | | $447,236.19 |
| | {90} | | $8,000.00 | 1229-000 | | | $447,236.19 |
| | {91} | | $1,200.00 | 1229-000 | | | $447,236.19 |
| | {92} | | $1,800.00 | 1229-000 | | | $447,236.19 |
| | {93} | | $1,600.00 | 1229-000 | | | $447,236.19 |
| 01/28/2020 | 3001 | John Deere Financial | Order Entered 12/26/19, Doc # 19 JHE Landscapes Inc. Acct # 9119 | 4210-000 | | $324,900.00 | $122,336.19 |
| | | | **SUBTOTALS** | | $447,236.19 | $324,900.00 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | |
|---|---|---|---|---|
| **Case No.** | 19-35975-H3-7 | **Trustee Name:** | Eva Engelhart |
| **Case Name:** | JHE LANDSCAPES, INC | **Bank Name:** | Independent Bank |
| **Primary Taxpayer ID #:** | **-***0536 | **Checking Acct #:** | ******5975 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 10/28/2019 | **Blanket bond (per case limit):** | $77,534,000.00 |
| **For Period Ending:** | 4/6/2021 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/12/2020 | | Durnil Realtors | From Tranzon Asset Advisors of Texas LLC $74776.35 gross (consisting of $62370.00 sale proceeds plus buyers premiums of $9,355.50 and tax collected of $3,050.85).  Deduct 10% commission to auctioneer of $6,237.00, and deduct advertising costs and expenses of auctioneer of $23,000, buyers premiums to auctioneer of $6,237.00 and deduct payment of taxes of $3050.85. | * | $36,251.50 | | $158,587.69 |
| | {22} | | 2000 Ford F550 Super Duty Crew Cab P/U w/ Flatbed, VIN#1FDAW56F9YEE39638 (1)  $2,800.00 | 1129-000 | | | $158,587.69 |
| | {17} | | 2001 Ford Econoline E250, VIN #1FTNE24L41HA85628 (2)  $125.00 | 1129-000 | | | $158,587.69 |
| | {15} | | 2001 Ford Econoline E250, VIN#1FTNE24L51HB05854 (3)  $100.00 | 1129-000 | | | $158,587.69 |
| | {16} | | 2001 Ford F250 XL Supercab P/U, VIN#1FTNX20L71EA47764 (4)  $150.00 | 1129-000 | | | $158,587.69 |
| | {18} | | 2005 Ford F150 XL Supercab P/U, VIN#1FTRF12275NA95290 (5)  $1,000.00 | 1129-000 | | | $158,587.69 |
| | {15} | | Asset unknown 2005 Ford F250 XL Supercab P/U Vin 4428 (6)  $150.00 | 1229-000 | | | $158,587.69 |
| | {23} | | 2014 Kubota RTV1140CPX-H, RealTree AP Camoflauge, 4-Seats (7)  $3,300.00 | 1129-000 | | | $158,587.69 |
| | {95} | | 7'W x 16'L Tandem axel Trailer (12)  $700.00 | 1229-000 | | | $158,587.69 |
| | {96} | | 6'6"W x 16'L Tandem Axel Trailer (13)  $550.00 | 1229-000 | | | $158,587.69 |
| | {97} | | 6'6"W x 16'L Tandem Axel Trailer (14)  $550.00 | 1229-000 | | | $158,587.69 |
| | {26} | | Gooseneck Lowboy Equipment Trailer - 20'  $1,400.00 | 1129-000 | | | $158,587.69 |
| | {94} | | Estate's portion of buyer's premiums  $3,118.50 | 1290-000 | | | $158,587.69 |
| | {25} | | 2015 Kubota M9960D Tractor, S/N 60934 (8)  $17,750.00 | 1129-000 | | | $158,587.69 |
| | {32} | | 2015 Kubota M9960D Tractor, S/N 60937 (9)  $7,750.00 | 1129-000 | | | $158,587.69 |
| | | | **SUBTOTALS** | | $36,251.50 | $0.00 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 19-35975-H3-7 | |
| Case Name: | JHE LANDSCAPES, INC | |
| Primary Taxpayer ID #: | **-***0536 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 10/28/2019 | |
| For Period Ending: | 4/6/2021 | |

| | |
|---|---|
| Trustee Name: | Eva Engelhart |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******5975 |
| Account Title: | |
| Blanket bond (per case limit): | $77,534,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | {33} | | 2015 Kubota M9960D Tractor, S/N 60968 (10) | $6,000.00 | 1129-000 | | | $158,587.69 |
| | {34} | | 2015 Kubota M9960D Tractor, S/N 60981 (11) | $14,250.00 | 1129-000 | | | $158,587.69 |
| | {37} | | 2017 Rhino Epic 4155 Flex-Wing Rotary Cutter (16) | $3,700.00 | 1129-000 | | | $158,587.69 |
| | {71} | | (3) Echo Gas Backpack Blowers (36) | $100.00 | 1129-000 | | | $158,587.69 |
| | {98} | | World Lawn Cobra Zero Turn Mower (line 17) | $100.00 | 1229-000 | | | $158,587.69 |
| | {99} | | Misc air volume tanks (19) | $5.00 | 1229-000 | | | $158,587.69 |
| | {100} | | Misc jacks (20) | $35.00 | 1229-000 | | | $158,587.69 |
| | {101} | | Misc carts (21) | $5.00 | 1229-000 | | | $158,587.69 |
| | {102} | | Rigid shop vacs (22) | $5.00 | 1229-000 | | | $158,587.69 |
| | {15} | | Husky tool box (23) | $5.00 | 1229-000 | | | $158,587.69 |
| | {103} | | Misc parts (24) | $125.00 | 1229-000 | | | $158,587.69 |
| | {104} | | Air compressor (25) | $125.00 | 1229-000 | | | $158,587.69 |
| | {105} | | BBQ Pit (27) | $5.00 | 1229-000 | | | $158,587.69 |
| | {106} | | Kenmore Heavy Duty Commercial Freezer (28) | $25.00 | 1229-000 | | | $158,587.69 |
| | {107} | | Aluminum bench (30) | $20.00 | 1129-000 | | | $158,587.69 |
| | {108} | | Bowflex PR1000 Workout Machine, Weight Bench, Weight Rack, (6) Misc Weights (34) | $25.00 | 1229-000 | | | $158,587.69 |
| | {109} | | (2) Echo Backpack Gas Blowers, No Hoses (35) | $45.00 | 1229-000 | | | $158,587.69 |
| | {110} | | (3) Misc Blowers (37) | $10.00 | 1229-000 | | | $158,587.69 |
| | {111} | | (2) Stihl SG20 Backpack Sprayers (38) | $90.00 | 1229-000 | | | $158,587.69 |
| | {112} | | Makita EK7301 Concrete Saw (39) | $90.00 | 1229-000 | | | $158,587.69 |
| | {113} | | (2) Echo Hedgetrimmers (40) | $70.00 | 1229-000 | | | $158,587.69 |
| | {114} | | Homelite 3816c and Poulan PP4218A Chain Saws (41) | $45.00 | 1229-000 | | | $158,587.69 |
| | | | **SUBTOTALS** | | | $0.00 | $0.00 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 19-35975-H3-7 | | Trustee Name: | Eva Engelhart |
|---|---|---|---|---|
| Case Name: | JHE LANDSCAPES, INC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***0536 | | Checking Acct #: | ******5975 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/28/2019 | | Blanket bond (per case limit): | $77,534,000.00 |
| For Period Ending: | 4/6/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | {115} | | Echo Gas Tree Trimmer & Echo Edger (42) | $125.00 | 1229-000 | | | $158,587.69 |
| | {116} | | (8) Echo Gas Weedeaters (43) | $325.00 | 1229-000 | | | $158,587.69 |
| | {117} | | (8) Echo Gas Weedeaters (44) | $325.00 | 1229-000 | | | $158,587.69 |
| | {118} | | (7) Echo Gas Weedeaters (45) | $275.00 | 1229-000 | | | $158,587.69 |
| | {119} | | (5) Stihl Gas Weedeaters (46) | $125.00 | 1229-000 | | | $158,587.69 |
| | {120} | | (2) 125 PSI Air Compressors & (1) Air Volume Tank (47) | $70.00 | 1229-000 | | | $158,587.69 |
| | {121} | | Misc Roadside Flag Stands & Husky Tool Box (48) | $20.00 | 1229-000 | | | $158,587.69 |
| | {122} | | Contents of Last Two Building Bays including Gas Cans, Coolers, Roadside Flag Stands, Champion 1400KW Generator, Fertilizer Spreader, Work Bench, Garden Tools, Straps, PVC, Ladder, T-Posts, Shovels, Posthole Diggers, ExMark Mower, Toro Mower, (3) Wheel Barrows (49) | $300.00 | 1229-000 | | | $158,587.69 |
| | | | Tranzon Asset Advisors of Texas LLC - Ad and expenses | $(23,000.00) | 3620-000 | | | $158,587.69 |
| | | | Tranzon Asset Advisors of Texas LLC | $(6,237.00) | 3610-000 | | | $158,587.69 |
| 05/26/2020 | 3002 | ZB, N.A. dba Amegy Bank | Order Entered 5/26/20, Doc # 50 | | 4110-000 | | $15,708.43 | $142,879.26 |
| 05/26/2020 | 3003 | Harris County, Et Al | Order Entered 5/26/20, Doc # 50 | | 4110-000 | | $9,310.44 | $133,568.82 |
| 05/26/2020 | 3004 | Texas Citizens Bank, N.A. | Order Entered 5/26/20, Doc # 50 | | 4210-000 | | $70,526.57 | $63,042.25 |
| 06/19/2020 | | Alamo Title Company | Sale of real property per O.E. 05/26/20 (#50) | | * | | | $63,042.25 |
| | {81} | | Gross Sale Proceeds | $424,666.00 | 1110-000 | | | $63,042.25 |
| | | | Alamo Title - Per closing statement (Owner's Policy Premium, Guaranty Fee, Tax Search) | $(2,616.00) | 2500-000 | | | $63,042.25 |
| | | | Texas Citizen's Bank | $(422,050.00) | 4110-000 | | | $63,042.25 |
| 07/20/2020 | 3005 | Texas Citizens Bank, N.A. | Order Entered 7/13/20, Doc # 53 | | 4110-000 | | $25,069.96 | $37,972.29 |
| 08/31/2020 | | Independent Bank | Account Analysis Charge | | 2600-000 | | $55.37 | $37,916.92 |
| | | | **SUBTOTALS** | | | $0.00 | $120,670.77 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.** | 19-35975-H3-7 | | | **Trustee Name:** | Eva Engelhart | |
| **Case Name:** | JHE LANDSCAPES, INC | | | **Bank Name:** | Independent Bank | |
| **Primary Taxpayer ID #:** | **-***0536 | | | **Checking Acct #:** | ******5975 | |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | | |
| **For Period Beginning:** | 10/28/2019 | | | **Blanket bond (per case limit):** | $77,534,000.00 | |
| **For Period Ending:** | 4/6/2021 | | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $55.29 | $37,861.63 |
| 10/05/2020 | 3006 | International Sureties, Ltd. | Bond Premium: 10/1/20-10/1/21 Bond # 016071777 | 2300-000 | | $20.60 | $37,841.03 |
| 10/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $55.19 | $37,785.84 |
| 11/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $55.10 | $37,730.74 |
| 11/30/2020 | 3007 | Ross, Banks, May, Cron & Cavin, PC | Order Entered 11/27/20, Doc # 63 Attorney Fees | 3110-000 | | $9,000.00 | $28,730.74 |
| 11/30/2020 | 3007 | VOID: Ross, Banks, May, Cron & Cavin, PC | Issued in error | 3110-003 | | ($9,000.00) | $37,730.74 |
| 11/30/2020 | 3008 | Ross, Banks, May, Cron & Cavin, PC | Order Entered 11/27/20, Doc # 63 Attorney Interim Fees | 3110-000 | | $9,000.00 | $28,730.74 |
| 12/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $42.33 | $28,688.41 |
| 03/25/2021 | 3009 | William G. West, C.P.A. | Order entered 3/22/21, Doc # 77 Order entered 3/24/21, Doc # 78 Accountant fees | 3410-000 | | $3,574.29 | $25,114.12 |
| 03/25/2021 | 3010 | Eva Engelhart | Order entered 3/22/21, Doc # 77 Order entered 3/24/21, Doc # 78 Trustee Compensation | 2100-000 | | $22,316.02 | $2,798.10 |
| 03/25/2021 | 3011 | Eva Engelhart | Order entered 3/22/21, Doc # 77 Order entered 3/24/21, Doc # 78 Trustee Expenses | 2200-000 | | $105.23 | $2,692.87 |
| 03/25/2021 | 3012 | MARC DOUGLAS MYERS | Order entered 3/22/21, Doc # 77 Order entered 3/24/21, Doc # 78 Attorney fees | 3110-000 | | $2,692.87 | $0.00 |
| | | | **SUBTOTALS** | | $0.00 | $37,916.92 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 19-35975-H3-7 | | Trustee Name: | Eva Engelhart |
|---|---|---|---|---|
| Case Name: | JHE LANDSCAPES, INC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***0536 | | Checking Acct #: | ******5975 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/28/2019 | | Blanket bond (per case limit): | $77,534,000.00 |
| For Period Ending: | 4/6/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |
| | | **TOTALS:** | | | $483,487.69 | $483,487.69 | $0.00 |
| | | **Less: Bank transfers/CDs** | | | $0.00 | $0.00 | |
| | | **Subtotal** | | | $483,487.69 | $483,487.69 | |
| | | **Less: Payments to debtors** | | | $0.00 | $0.00 | |
| | | **Net** | | | $483,487.69 | $483,487.69 | |

| **For the period of  10/28/2019 to 4/6/2021** | | **For the entire history of the account between 11/05/2019 to 4/6/2021** | |
|---|---|---|---|
| Total Compensable Receipts: | $937,390.69 | Total Compensable Receipts: | $937,390.69 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $937,390.69 | Total Comp/Non Comp Receipts: | $937,390.69 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $937,390.69 | Total Compensable Disbursements: | $937,390.69 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $937,390.69 | Total Comp/Non Comp  Disbursements: | $937,390.69 |
| Total Internal/Transfer  Disbursements: | $0.00 | Total Internal/Transfer  Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 19-35975-H3-7 | | Trustee Name: | Eva Engelhart |
| Case Name: | JHE LANDSCAPES, INC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***0536 | | Checking Acct #: | ******5975 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/28/2019 | | Blanket bond (per case limit): | $77,534,000.00 |
| For Period Ending: | 4/6/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $483,487.69 | $483,487.69 | $0.00 |

| **For the period of 10/28/2019 to 4/6/2021** | | **For the entire history of the case between 10/28/2019 to 4/6/2021** | |
|---|---|---|---|
| Total Compensable Receipts: | $937,390.69 | Total Compensable Receipts: | $937,390.69 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $937,390.69 | Total Comp/Non Comp Receipts: | $937,390.69 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $937,390.69 | Total Compensable Disbursements: | $937,390.69 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $937,390.69 | Total Comp/Non Comp Disbursements: | $937,390.69 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ EVA ENGELHART

EVA ENGELHART